NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ERIC EMANUEL TAYLOR,**

*Plaintiff-Appellant*

**v.**

**PEOPLE OF THE VENUE OF THE FOREIGN
UNITED STATES OF AMERICA,**

*Defendant-Appellee*

---

2026-1764

---

Appeal from the United States District Court for the District of Columbia in No. 1:25-cv-03967-UNA, Judge Tanya S. Chutkan.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

Eric Emanuel Taylor filed this suit against "The People Of The Venue Of The Foreign United States of America" in the United States District Court for the District of Columbia.  He invoked that court's jurisdiction under the general federal jurisdiction statute, 28 U.S.C. § 1331, and the Foreign Sovereign Immunities Act, 28 U.S.C. § 1330.  And he

sought "80 trillion dollars" for the "government's perpetration of tort" and violation of 42 U.S.C. § 1983.  Compl. at 1, 24.  The district court dismissed the complaint.

Mr. Taylor filed an appeal directed to this court.  In response to this court's order to show cause, Mr. Taylor argues in support of our jurisdiction and has filed several motions seeking various relief, including certification or transfer to the Supreme Court of the United States, ECF Nos. 4, 8, 9.[1]

Generally, this court only has jurisdiction over an appeal from a final district court decision in cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); and cases involving certain damages claims against the United States not exceeding $10,000 in amount, *see id.* §§ 1295(a)(2), 1346(a)(2).  Mr. Taylor has failed to show that this case falls within any of those categories.  We conclude that transfer to the United States Court of Appeals for the District of Columbia Circuit is appropriate under the circumstances.  *See id.* §§ 41, 1291, 1294, 1631.

Accordingly,

IT IS ORDERED THAT:

This matter and all case filings are transferred to the United States Court of Appeals for the District of Columbia

---

[1]    Mr. Taylor's motion docketed as ECF No. 8 in this appeal was separately docketed as ECF No. 11 in Appeal No. 2026-134 after that case was terminated.  No action will be taken on ECF No. 11 in Appeal No. 2026-134.

TAYLOR v. PEOPLE OF THE VENUE OF THE FOREIGN UNITED        3
STATES

Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 30, 2026
Date